# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOHN MARK MCLENDON, a/k/a                                     PLAINTIFF
Sidney McLendon, individually and on
behalf of others similarly situated

v.                              NO. 4:15CV00752 JLH

SCHLUMBERGER TECHNOLOGY
CORPORATION                                                               DEFENDANT

## **JUDGMENT**

On the 5th day of February, 2018, this action came before the Court for a bench trial. The plaintiff, John Mark McLendon, a/k/a Sidney McLendon[1], appeared in person and with his lawyers, Joshua Sanford and Stephen Rauls. Schlumberger Technology Corporation appeared through its corporate representative, Preston Ziola, and its lawyers, Kelly D. Reese and Robert P. Lombardi. Both parties announced ready for trial. At the conclusion of all of the evidence, the Court made findings of fact and conclusions of law from the bench and on the record. Based on those findings of fact and conclusions of law, judgment is entered in favor of Schlumberger Technology Corporation on the claims of John Mark McLendon, a/k/a Sidney McLendon. The complaint of John Mark McLendon, a/k/a Sidney McLendon, is dismissed with prejudice.

IT IS SO ORDERED this 6th day of February, 2018.

*J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] At the beginning of his testimony, the plaintiff testified that he had changed his name legally within the past year to John Mark McLendon. The Court directs the Clerk to change the docket sheet accordingly.