# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHN MARK MCLENDON, a/k/a  
Sidney McLendon, individually and on  
behalf of others similarly situated                                         PLAINTIFF

v.                              NO. 4:15CV00752 JLH

SCHLUMBERGER TECHNOLOGY  
CORPORATION                                                                 DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered separately today, judgment is entered in favor of Schlumberger Technology Corporation against John Mark McLendon, previously known as Sidney McLendon, in the amount of $3,685.41 for costs.

IT IS SO ORDERED this 12th day of March, 2018.

_____  
J. LEON HOLMES  
UNITED STATES DISTRICT JUDGE